OPINIONS OF THE SUPREME COURT OF OHIO

**** SUBJECT TO FURTHER EDITING ****

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Associated Maintenance & Roofing Company, Inc., Cross-Appellee, v. Rockwell International Corporation, Cross-Appellant; Hamilton Insurance Company et al., Cross-Appellees.
[Cite as Associated Maintenance & Roofing Co. v. Rockwell Internatl. Corp. (1994),    Ohio St.3d   .]
Appeal dismissed as improvidently allowed.
     (No. 93-1587 -- Submitted November 1, 1994 -- Decided December 14, 1994.)
     Appeal from the Court of Appeals for Hardin County, No. 6-92-13.

     Meister, Ayers & Meister Co., L.P.A., and Andrew J. Ayers, for cross-appellee Associated Maintenance & Roofing Co., Inc.
     Martindale & Brzytwa, E. John Brzytwa and Karen L. Giffen, for cross-appellant.
     McNamara & McNamara, Dennis D. Liston and Lisa Weekley Coulter, for cross-appellees Hamilton Insurance Company and Old Republic Insurance Company.

     The cause is dismissed, sua sponte, as having been improvidently allowed.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick and F.E. Sweeney, JJ., concur.
     Pfeifer, J., dissents and would affirm the judgment of the court of appeals.